# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

IN RE: SUCCESSION OF JULIE
HOWARD

NO.   2021 CW 0262

**JUNE 7, 2021**

---

In Re:   D. Douglas Howard, Jr., applying for supervisory
writs, 22nd Judicial District Court, Parish of St.
Tammany, No. 2016-30818.

---

**BEFORE:   WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT NOT CONSIDERED.** Relator, D. Douglas Howard, Jr.,
failed to comply with Uniform Rules of Louisiana Courts of
Appeal, Rule 4-5(C)(10), in that his application does not
contain a copy of the pertinent court minutes. Furthermore, this
court requests a copy of the January 22, 2021 hearing

Supplementation of this writ application will not be
considered. See Uniform Rules of Louisiana Courts of Appeal,
Rules 2-18.7 and 4-9.

In the event relator seeks to file a new application with
this court, it must contain all pertinent documentation and must
comply with Rule 2-12.2 of the Uniform Rules of Louisiana Courts
of Appeal. Any new application must be filed on or before July
8, 2021 and must contain a copy of this ruling.

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT